Matthew L. Sharp
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge St.
Reno, NV 89501
Phone: (775) 324-1500
Email: matt@mattsharplaw.com

[Additional counsel on signature page]

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| IN RE DRAFTKINGS INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 3:21-cv-00453-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO SUBMIT A PROPOSED SCHEDULE** |
|---|---|

WHEREAS, on October 21, 2021 and January 6, 2022, respectively, Plaintiffs Jordan John Walk and Jiahan Yu ("Plaintiffs") filed separate shareholder derivative actions (the "Related Derivative Actions") in this Court on behalf of Nominal Defendant DraftKings Inc. f/k/a Diamond Eagle Acquisition Corp. ("DraftKings") against Individual Defendants Jason Robins, Harry Evans Sloan, Matthew Kalish, Paul Liberman, Woodrow H. Levin, Shalom Meckenzie, Jocelyn Moore, Ryan R. Moore, Valerie Mosley, Steven J. Murray, Hany M. Nada, John S. Salter, Marni M. Walden, Jason K. Park, Jeff Sagansky Eli Baker, Scott M. Delman, Joshua Kazam, Fredric Rosen, Scott I. Ross, M. Gavin Isaacs, and Richard Rosenblatt[1] (collectively, the "Parties");

///

---

[1] Only the *Yu* Action named defendants Delman, Kazam, Rosen, Ross, Isaacs, and Rosenblatt.

WHEREAS, on February 18, 2022, the Court entered an order, based on the Parties' stipulation dated February 18, 2022, consolidating the Related Derivative Actions into the above-captioned action and appointing a Co-Lead Counsel and Co-Liaison Counsel (the "Consolidation Order") (Dkt. No. 9);

WHEREAS paragraph 13 of the Consolidation Order directed the Parties to "file a proposed schedule within 30 days of the date that the Court enters this Order," that is, on March 21, 2022; and

WHEREAS the Parties require additional time to submit their proposed schedule to the Court;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1. The Parties shall file a proposed schedule within 30 days, on or before April 20, 2022.

2. Other than as agreed herein, the Parties reserve all rights.

**IT IS SO STIPULATED.**

Respectfully Submitted By:

DATED: March 21, 2022

_____/s/ Matthew L. Sharp_____
Matthew L. Sharp
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge St.
Reno, NV 89501
Phone: (775) 324-1500
Email: matt@mattsharplaw.com

*Co-Liaison Counsel for Plaintiffs*

Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953
Email: pat@levertylaw.com

*Co-Liaison Counsel for Plaintiffs*

|   |   |
|---|---|
| | **GAINEY McKENNA & EGLESTON** |
| | Thomas J. McKenna |
| | 501 Fifth Avenue, 19th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 983-1300 |
| | Facsimile: (212) 983-0383 |
| | Email: tjmckenna@gme-law.com |
| | |
| | **THE ROSEN LAW FIRM, P.A.** |
| | Phillip Kim |
| | 275 Madison Avenue, 40th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 686-1060 |
| | Facsimile: (212) 202-3827 |
| | Email: pkim@rosenlegal.com |
| | |
| | *Co-Lead Counsel for Plaintiffs* |
| DATED: March 21, 2022 | **HOLLAND & HART LLP** |
| | |
| | */s/ J. Stephen Peek* |
| | J. Stephen Peek |
| | 9555 Hillwood Drive, 2nd Floor |
| | Las Vegas, NV 89134 |
| | Telephone: (702) 222-2544 |
| | Facsimile: (702) 669-4650 |
| | Email: speek@hollandhart.com |
| | |
| | *Counsel for Defendants* |

**IT IS SO ORDERED:**

_____
THE HONORABLE MIRANDA M. DU
UNITED STATES CHIEF DISTRICT JUDGE

DATED: 3/23/2022

3
STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO SUBMIT
A PROPOSED SCHEDULE