Matthew L. Sharp
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Las Vegas, NV 89501
(775) 324-1500
matt@mattsharplaw.com

*Counsel for Plaintiffs*
[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE DRAFTKINGS INC. DERIVATIVE LITIGATION | Lead Case No. 3:21-cv-00453-MMD-CLB |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE** |

WHEREAS, on July 2, 2021, a putative federal securities class action, captioned *In re DraftKings Inc. Securities Litigation*, No. 1:21-cv-05739, was filed in the U.S. District Court for the Southern District of New York (the "Federal Court"), asserting claims under federal securities laws against DraftKings Inc. ("DraftKings" or the "Company") and certain of its current and former officers and directors (the "Securities Class Action");

WHEREAS, on October 21, 2021, and January 6, 2022, two factually related stockholder derivative actions were filed in this Court by plaintiffs Jordan John Walk and Jiahan Yu (together, "Plaintiffs"), on behalf of DraftKings, which actions were subsequently consolidated on February 18, 2022, under the caption *In re DraftKings Inc. Derivative Litigation* (Lead Case No. 3:21-cv-00453-MMD-CLB) (the "Derivative Action");

WHEREAS, Plaintiffs in this Derivative Action assert breach of fiduciary duty and related claims on behalf of DraftKings, as a nominal defendant, against certain of the Company's current and/or former directors and officers (collectively, "Defendants," and, together with Plaintiffs, the

///

"Parties"), based on allegations that overlap with the facts and circumstances alleged in the Securities Class Action, including the relevance of many of the same documents and witnesses;

WHEREAS, in the interest of judicial efficiency and given the important implications that the then-pending motion to dismiss in the Securities Class Action could have for this Derivative Action, the Parties stipulated to stay this Derivative Action until either the Securities Class Action had been dismissed with prejudice and any and all appeals thereto have been exhausted or the motion to dismiss was denied in whole or in part, *see* April 21, 2022 Stipulation and Order to Stay the Derivative Action (the "Stay Order");

WHEREAS, on January 10, 2023, the Federal Court entered an order granting defendants' motion to dismiss the Securities Class Action in its entirety, dismissing the case with prejudice and entering judgment in defendants' favor, *see In re DraftKings Inc. Sec. Litig.*, 2023 WL 145591 (S.D.N.Y. Jan. 10, 2023);

WHEREAS, plaintiffs in the Securities Class Action did not file an appeal from the dismissal order;

WHEREAS, following the dismissal of the Securities Class Action, and in accordance with the Stay Order, the Parties met and conferred regarding the impact of the dismissal and further proceedings in this Derivative Action;

WHEREAS, the Parties now stipulate to the voluntary dismissal of this Derivative Action without prejudice, with each side to bear its own costs and fees; and

WHEREAS, the Parties respectfully submit that notice of said dismissal under Federal Rule of Civil Procedure 23.1(c) is unnecessary to protect the interests of the Company's stockholders because: (i) the dismissal is sought without prejudice; (ii) there has been no settlement or compromise between the Parties nor attempts to seek such; (iii) there has been no collusion among the Parties; (iv) neither Plaintiffs nor their counsel have received or will receive any consideration from Defendants for the dismissal; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal;

///

///

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, pursuant to Rules 23.1 and 41(a) of the Federal Rules of Civil Procedure and subject to Court approval, as follows:

1. This Derivative Action is dismissed in its entirety without prejudice;
2. Each party shall bear its own costs, fees, and expenses, including attorneys' fees; and
3. For the reasons noted above, notice of this dismissal to DraftKings stockholders is not required.

Respectfully submitted this 3rd day of March 2023.

/s/ Matthew L. Sharp
Matthew L. Sharp
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Email: matt@mattsharplaw.com

Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW CHTD.**
Reno Gould House
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
Email: pat@levertylaw.com

*Co-Liaison Counsel for Plaintiffs*

Thomas J. McKenna
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com

Phillip Kim
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

/s/ J. Stephen Peek
J. Stephen Peek
Nevada Bar No. 1758
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: (702) 222-2544
Email: speek@hollandhart.com

*Counsel for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 3, 2023

3
**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE**